**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                               Case No. 17 B 18223
    Kevin Smith
    Angela M Young
        Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/15/2017.

2) The plan was confirmed on 08/08/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/19/2017, 07/10/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/29/2017, 05/23/2018.

5) The case was Dismissed on 10/02/2018.

6) Number of months from filing to last payment: 15.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,763.11 |
| Less amount refunded to debtor | $424.62 |
| **NET RECEIPTS:** | **$7,338.49** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,740.87 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $305.88 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,046.75** |

Attorney fees paid and disclosed by debtor:   $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| American First Finance | Unsecured | 663.00 | 547.41 | 547.41 | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Secured | 14,619.00 | 10,900.00 | 10,900.00 | 2,538.13 | 753.61 |
| Americredit Financial Ser Inc | Unsecured | NA | 3,449.74 | 3,449.74 | 0.00 | 0.00 |
| CashNetUSA | Unsecured | 650.00 | 750.75 | 750.75 | 0.00 | 0.00 |
| Chase Bank | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Parking Tickets | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 300.00 | 425.81 | 425.81 | 0.00 | 0.00 |
| Discover Financial Services | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Edfinancial Svcs | Unsecured | 4,954.00 | NA | NA | 0.00 | 0.00 |
| Elastic | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| Elastic Republic Bank | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| Forest Recovery Servic | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 800.00 | 757.29 | 757.29 | 0.00 | 0.00 |
| Maywood Water Department | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 1,072.00 | 966.57 | 966.57 | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 479.00 | 524.54 | 524.54 | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 450.00 | 601.90 | 601.90 | 0.00 | 0.00 |
| Nicor Solutions | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 84,276.00 | 85,697.37 | 85,697.37 | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 3,192.00 | 4,761.15 | 3,192.00 | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Unsecured | 16,943.00 | NA | NA | 0.00 | 0.00 |
| Opportunity Financial LLC | Unsecured | 1,079.00 | 1,053.95 | 1,053.95 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,001.00 | 2,015.04 | 2,015.04 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 643.00 | 643.34 | 643.34 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 507.00 | 507.74 | 507.74 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 546.00 | 595.33 | 595.33 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,213.00 | 1,213.02 | 1,213.02 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,158.00 | 1,280.27 | 1,280.27 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 671.00 | 635.46 | 635.46 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Resurgent Capital Services | Unsecured | 1,386.00 | 1,386.95 | 1,386.95 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 548.00 | 548.52 | 548.52 | 0.00 | 0.00 |
| SYNCB/WALMART | Unsecured | 1,194.00 | NA | NA | 0.00 | 0.00 |
| TD Bank USA NA | Unsecured | 779.00 | 951.95 | 951.95 | 0.00 | 0.00 |
| Tru Green Lawn Care | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Village of Maywood | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $85,697.37 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,192.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $10,900.00 | $2,538.13 | $753.61 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$99,789.37** | **$2,538.13** | **$753.61** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$18,855.58** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,046.75 |
| Disbursements to Creditors | $3,291.74 |
| **TOTAL DISBURSEMENTS :** | **$7,338.49** |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/11/2019                          By: /s/ Marilyn O. Marshall
                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**